Case: 1:22-cv-01141
Assigned To : Unassigned
Assign. Date : 4/25/2022
Description: Pro Se Gen. Civ. (F-DECK)

## SECTION I – CO

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name**: (Last, First) <br> Nichols Patrick ||
| **Business/Institution Name**: (if applicable) <br> MCCF | **Prisoner ID**: (if applicable) <br> 2101126 |
| **Address**: (Include Street, City, State, and Zip Code) <br> 22880 Whelan LN <br> Boyds MD 20841 ||
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one) <br> 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 ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** ||
| **Phone**: (optional) | **Email**: (optional) |
| ATTORNEY INFORMATION (if applicable) ||
| **Attorney Name**: (Last, First) <br> Hoetzel S Charles ||
| **Attorney Title**: Private Attorney ||
| **Firm Name**: (if applicable) <br> McCann Hughes Law Firm ||
| **Attorney Address**: (Include Street, City, State, and Zip Code) <br> 110 N Washington ST Suite 403 <br> Rockville MD 20850 ||
| Are you an attorney filing this claim on behalf of your client?  ☒ YES  ☐ NO ||
| **Attorney Phone**: (optional) <br> 443-714-9829 | **Attorney Email**: (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
|  | Return of Property | Money $13,170. Dollars |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |





## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| Return of Property | Money of $13,170 dollars |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

USSS had seized my money of $13,170 dollars and i never was charge of a case and the case i had was dismiss this happen in 6/2011

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

I had file a 1983 civil action and they had dismiss my motion because it was the wrong motion so i'm filing another claim form plus the USSS had seized my money in 6/2011 I do not have no documents because they said i had a charge and my charge was dismiss. The motion was dismiss in /5/21/2020

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| N/A | N/A |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) ||
|---|---|
| **Name of Insured:** (Last, First) <br> N/A ||
| **Policy Number:** <br> N/A | **Claim Number:** <br> N/A |
| **Name of Insurance Company:** <br> N/A | **Name of Insurance Agent:** (Last, First) <br> N/A |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) <br> N/A ||
| **Phone:** (optional) <br> N/A | **Email:** (optional) <br> N/A |
| **Have you received compensation from the insurance company?** ☐ YES   ☐ NO   N/A | **Amount of Compensation:** <br> N/A |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| **Source of Recovery 1:** N/A | **Amount of Recovery:** N/A |
| **Source of Recovery 2:** N/A | **Amount of Recovery:** N/A |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_Patrick Nicholas_
**Signature**

_Patrick Nicholas_
**Printed Name**

_4/5/22_
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

Patrick Nicholes - Ziccau
22880 Whelan Ln.
Boyds MD 20841

CAPITAL DISTRICT 208
22 APR 2022 PM 4 L



United State District Court
333 Constitution Ave NW
Washington DC. 20001

20001-280299