# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK NICHOLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  22-1141 (UNA) |
| ) | |
| ) | |
| USSS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In response to the Order, Dkt. 4, for Plaintiff to provide a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of this action on April 25, 2022, Plaintiff has submitted a purported statement that is neither certified nor complete. *See* Dkt. 5.  As a result, the Court cannot resolve Plaintiff's pending motion for leave to proceed *in forma pauperis*.  It is hereby

**ORDERED** that the time for Plaintiff's compliance is **ENLARGED**.  Within **thirty (30) days** from the filing date of this Order, Plaintiff shall provide the requisite certified account statements covering November 2021 through April 2022.  In the alternative, Plaintiff may pay the $402 filing fee applicable to civil actions.  Plaintiff's failure to do either within the additional time provided will result in dismissal of the case without prejudice.

_____/s/_____
DABNEY L. FRIEDRICH
United States District Judge

Date: June 28, 2022